UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

IN RE: }
WARD, CALEB ROY } Case No. 21-80150
   *Debtor(s)*. } Chapter 7
}

## FORMER TRUSTEE'S REPORT

Gerald R. Miller, the former Chapter 7 Trustee of the above captioned case, submits a final report in accordance with the Resignation of Trustee and Appointment of Successor Trustee filed on June 30, 2022. The former Trustee further states as follows:

 1. No receipts or disbursements were made by the former Chapter 7 Trustee.

 2. All records of the Debtors and/or property of the Estate have been turned over to the successor Trustee.

 WHEREFORE, former Trustee prays that this final report be approved, and that he be discharged from any further duties as Trustee.

DATED: 7/27/22                 s/: Gerald R. Miller
                           Gerald R. Miller, Former Chapter 7 Trustee
                           6121 West 21st Street North
                           Muskogee, OK 74401
                           Tel: 918-687-1347